# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MOTHER DOE, ON BEHALF OF
JOHN DOE AND JANE DOE,

    Plaintiff,

v.                                                CASE NO: 8:24-cv-2540-CEH-LSG

THE SCHOOL BOARD OF
MANATEE COUNTY, FLORIDA,

    Defendant.
_____/

## NOTICE OF APPEARANCE

NOTICE IS HEREBY given to the parties that Rachel E. Coers, of the law firm of Johnson Jackson PLLC, will be appearing for the Defendant, the School Board of Manatee County, Florida ("Defendant"). All future correspondence, pleadings, and other materials of whatsoever kind should be served upon the undersigned counsel on behalf of Defendant. Erin G. Jackson remains lead counsel for Defendant.

DATED this 24th day of April 2025.

                                                            /s/*Rachel E. Coers*
                                                      Erin G. Jackson, Lead Counsel
                                                      Florida Bar No.: 413097
                                                      Rachel E. Coers
                                                      Florida Bar No.: 1059480
                                                      Johnson Jackson PLLC

>100 N. Tampa Street, Suite 1800
>Tampa, FL 33602
>Telephone: (813) 580-8400
>Facsimile: (813) 580-8407
>E-mail: ejackson@johnsonjackson.com
>rcoers@johnsonjackson.com
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk by using the CM/ECF electronic filing system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Rachel E. Coers*
>Attorney