UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-cv-02540-CEH-SPF

MOTHER DOE, ON BEHALF OF JOHN DOE AND
JANE DOE,

        Plaintiff,

v.

THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA,

        Defendant.

**NOTICE OF MEDIATION**

      Pursuant to the Case Management and Scheduling Order, Mediation has been scheduled in this case for Tuesday, September 16, 2025, beginning at 9:00 a.m., with mediator, Malinda Lugo of Lugo Law PLLC, at 15438 N Florida Ave Ste 130, Tampa, FL 33613-1221.

Dated this 5th of May 2025

                              __/s/ Krisel McSweeney_____
                              Krisel McSweeney, Esq.
                              Florida Bar No. 0112637
                              McSweeney Law Firm
                              5550 Glades Road, Suite 500
                              Boca Raton, FL 33431
                              800-540-0668
                              Fax: 561-961-5191
                              kmcsweeney@mcsweeneylawfirm.com
                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2025, the foregoing was electronically served to counsel of record.

Respectfully submitted,

/s/ Krisel McSweeney
Krisel McSweeney
Florida Bar No.: 112637
McSweeney Law Firm
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Tel.: 800-540-0668
Fax: 561.961.5191
kmcsweeney@mcsweeneylawfirm.com