UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOTHER DOE,

    Plaintiff,

v.                                             Case No: 8:24-cv-2540-CEH-LSG

SCHOOL BOARD OF MANATEE
COUNTY, FLORIDA,

    Defendant.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff's Motion to Consolidate Cases (Doc. 45), filed on June 24, 2025, and Plaintiff's Motion for Leave to Amend First Amended Complaint (Doc. 34), filed on May 26, 2025. In the motion to consolidate, Plaintiff requests an order consolidating this action with an action she recently filed involving the same parties and same issues, *Doe v. School Board of Manatee County*, Case No. 8:25-cv-1577-CEH-TGW (M.D. Fla.) (the "second action"). Defendant has not yet responded to the motion, but no response is needed. The Court, having considered the motion and being fully advised in the premises, will deny as moot Plaintiff's Motion to Consolidate Cases as the second action has been dismissed. As discussed in the Court's Order issued in the second action, the second action constitutes improper claim splitting, necessitating dismissal. *See id.* Doc. 14.

Rather than dismiss Plaintiff's claims in the second action with prejudice, the Court will allow Plaintiff to amend her complaint in this action to add those new

claims. Although the date for amendment of pleadings has passed under the Court's Case Management and Scheduling Order, *see* Doc. 27, the Court will allow amendment given Plaintiff's representations that the motion to amend is due, at least in part, to information discovered in May 2025, which was after the amendment deadline. *See* Doc. 34 at 2; *see also* Fed. R. Civ. P. 15(a) (leave to amend a pleading "shall be freely given when justice so requires"). Accordingly, Plaintiff's motion (Doc. 34) for leave to file a second amended complaint will be granted. It is

**ORDERED**:

1. Plaintiff's Motion to Consolidate Cases (Doc. 45) is **DENIED as moot**.

2. Plaintiff's Motion for Leave to Amend First Amended Complaint (Doc. 34) is **GRANTED**.

3. Within **SEVEN (7) days** of the date of this Order, Plaintiff may file a Second Amended Complaint **as a separate docket entry**. Defendant's response to the Second Amended Complaint will be due as required by Fed. R. Civ. P. 15(a)(3). If Plaintiff fails to file a Second Amended Complaint within the time permitted, the case will proceed on the Amended Complaint.

**DONE AND ORDERED** in Tampa, Florida on July 10, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record
Unrepresented Parties, if any