UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CHOOSE DIVISION

MOTHER DOE, ON BEHALF OF JOHN DOE AND JANE DOE

Plaintiffs,

v.

Case No. .  8:24-cv-02540-CEH-SPF

THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA

Defendants.
_____

## Mediation Report

The parties held a mediation conference on  August 5, 2025 , and the results of that conference are indicated below.

1. **Attendance**

    The following participants attended the mediation conference:

    ✔  lead counsel

    ✔  the parties or a party's surrogate satisfactory to the mediator

    ✔  any necessary insurance carrier representative

    List any unexcused absence or departure from the mediation conference:

    _____
    _____
    _____
    _____

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____

_____

_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☑ The parties have reached an impasse.

/s/ Malinda Lugo
_____
MALINDA LUGO, ESQ.
8/24/25

2