UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOTHER DOE,

    Plaintiff,

v.   Case No: 8:24-cv-2540-CEH-LSG

THE SCHOOL BOARD OF
MANATEE COUNTY, FLORIDA,

    Defendant.

_____

## ORDER

The Court has been advised by Defendant's Notice of Settlement and Request for Administrative Closure (Doc. 74) that the above-styled action has been fully settled and the parties are in the process of preparing and finalizing settlement and dismissal documents. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on October 15, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any