UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:24-cv-02540-CEH-SPF

MOTHER DOE, ON BEHALF OF JOHN DOE AND JANE DOE,

    Plaintiff,

v.

THE SCHOOL BOARD OF MANATEE COUNTY, FLORIDA,

    Defendant.

# PLAINTIFF'S MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF OBTAINING COURT APPROVAL OF MINOR SETTLEMENT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, MOTHER DOE, on behalf of her minor children JOHN DOE and JANE DOE, by and through undersigned counsel, respectfully moves this Honorable Court pursuant to Fed. R. Civ. P. 60(b)(6) and the Court's inherent authority to reopen this case for the limited purpose of considering and approving a settlement reached on behalf of the minor Plaintiffs, and in support states:

1. This action was filed on or about October 30, 2024, asserting negligence claims, Title IX and 1983 violations on behalf of minor Plaintiffs JOHN DOE and JANE DOE against the School Board of Manatee County.

2. On October 15, 2025, this Court entered an Order administratively closing the case after the parties entered into a settlement agreement for all claims.

3. Because the settlement involves minors, Florida law requires judicial approval of the compromise to ensure that it is in the best interests of the children. *See* Fla. Stat. § 744.301(4).

4. Federal courts routinely reopen cases for the limited purpose of conducting the required "fairness and best-interest" review of minor settlements. *See*, *Riha ex rel. I.C. v. Polk Cty.*

*Sch.*, 2017 U.S. Dist. LEXIS 208360, *1 (M.D. Fla. 2017). Thus, there is good cause to reopen the case.

5. Reopening the case for this limited purpose will not unduly delay the administration of justice and is the most efficient mechanism to obtain the required judicial oversight pursuant to the requirements of Florida law.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Reopen the case for the limited purpose of considering approval of the minors' settlement;

B. Set the matter for a hearing (if the Court deems one necessary) or approve the settlement on the papers;

C. Upon approval, enter an Order approving the settlement, the distribution of proceeds, and any requested confidentiality provisions; and

D. Grant such other and further relief as the Court deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

Undersigned counsel certifies that he has conferred with counsel for Defendant, who has no opposition to the relief requested herein.

Respectfully submitted this 15th day of December 2025.

Respectfully submitted,

*/s/* Krisel McSweeney

Krisel McSweeney
Florida Bar No.: 112637

McSweeney Law Firm
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Tel.: 800-540-0668
Fax: 561.961.5191
kmcsweeney@mcsweeneylawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via to all counsel of record via the electronic filing portal.

*By /s/* Krisel McSweeney

Krisel McSweeney
Florida Bar No.: 112637
McSweeney Law Firm
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Tel.: 800-540-0668
Fax: 561.961.5191
kmcsweeney@mcsweeneylawfirm.com